## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON CHOI, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL, LLC<br><br>      Defendant. | Civil Action No. 20-cv-1954 |

## NOTICE OF REMOVAL OF
## CIVIL ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Credit Control, LLC ("Credit Control") hereby removes this action from the Superior Court of the State of New Jersey. As grounds for removal, Credit Control states as follows:

1.      Credit Control is the Defendant in the above entitled action.

2.      On January 21, 2020, Plaintiff filed a lawsuit captioned *Jason Choi, on behalf of himself and all other similarly situated v. Credit Control, LLC,* Case No. BER-L-000465-20, in the Superior Court of New Jersey Law Division Bergen County ("State Court Action"). A true and correct copy of the Summons and Complaint filed in the State Court Action is attached hereto as **Exhibit A**.

3.      Credit Control received a copy of the Summons and Complaint on or after January 27, 2020. As is required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days of receipt by Credit Control of the Summons and Complaint.

4.      In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Credit Control in the State Court Action are attached hereto at **Exhibit B**.

5. Any civil action filed in a State court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a).

6. The above-captioned case is removable because this Court has original subject matter jurisdiction on federal question grounds pursuant to 28 U.S.C. § 1331.

7. As is stated in Plaintiff's Summons and Complaint, this case arises under federal law -- more particularly under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et. seq.

8. Accordingly, this case can be properly removed to this Court pursuant to 28 U.S.C. § 1331 because federal question jurisdiction exists.

9. Under the provisions of 28 U.S.C. § 1441(a), the United States District Court for the District of New Jersey is the federal court for the district and division embracing the place where the State Court Action is pending (*i.e.*, Bergen County, New Jersey).

10. Credit Control has complied with all applicable requirements of 28 U.S.C. § 1446 for removing this action, including giving written notice of the filing of this Notice of Removal to Plaintiff and filing a copy of the Notice of Removal with the clerk of the Superior Court of New Jersey Law Division Bergen County at or about the same time as this filing.

WHEREFORE, Defendant Credit Control, LLC gives notice that this action is hereby removed from the Superior Court of New Jersey Law Division Bergen County, to the United States District Court for the District of New Jersey.

Dated: February 24, 2020

Respectfully Submitted,
MAURICE WUTSCHER, LLP
Attorneys for Defendant
Credit Control, LLC
By:**/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822